Filing # 71160719 E-Filed 04/24/2018 02:08:43 PM

IN THE CIRCUIT COURT, IN AND FOR
LEE COUNTY, FLORIDA

CASE NO.

BRANDON ROY,

    Plaintiff,

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, **BRANDON ROY**, by and through the undersigned attorney and sues the Defendant, **GEOVERA SPECIALTY INSURANCE COMPANY**, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for damages which exceeds Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of attorneys fees, costs and interest.

2. Plaintiff's dwelling, located at 96 Skyline Drive, North Fort Myers, Florida 33903, sustained damage during the policy period.

3. A policy of homeowners insurance policy number GH70018329, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's dwelling was damaged. A copy of the policy is in the exclusive control of Defendant, and will be produced during discovery.

4. Plaintiff notified Defendant of the damages, and Defendant assigned a

date of loss of September 10, 2017.

5. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy.

6. Defendant refused to pay for Plaintiffs' damages.

7. Defendant's refusal to pay to replace and/or repair Plaintiff's dwelling is a breach of contract.

8. Because of Defendant's denial of Plaintiff's claim, it has become necessary that Plaintiff retains the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to *Florida Statutes* §§ 627.428, 57.041, and 92.231, and demands a trial by jury.

**Dated:** April 24, 2018

/s/ M. Antoine Pecko
M. Antoine Pecko, Esquire
Florida Bar No.: 103929
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: apecko@forthepeople.com (Primary)
kpyjek@forthepeople.com; (Secondary)
amandajohnson@forthepeople.com (Secondary)
Attorney for Plaintiff