UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON ROY,

    Plaintiff,

v.                                           Case No: 2:18-cv-452-FtM-99CM

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant's Motion to Compel Appraisal and to Stay Litigation, and to Delineate and Itemize Appraisal Award. (Doc. 7). Plaintiff states that he has no objection to the Motion. (Doc. 21). As the parties agree that this case is appropriate for appraisal in accordance with the terms and conditions of the applicable insurance policy, the Court will grant the Motion.

Accordingly, it is now

**ORDERED:**

(1) Defendant's Motion to Compel Appraisal and to Stay Litigation, and to Delineate and Itemize Appraisal Award (Doc. 7) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) All proceedings in this case are **STAYED** until the parties advise the Court that appraisal has been completed and the stay is due to be lifted. The parties must notify the Court of such matters within **seven (7) days** of the appraisal proceedings concluding.

(3) The parties are required to file a joint status report regarding the status of appraisal **on or before January 31, 2019**, and every forty-five (45) days until the conclusion of the appraisal proceedings.

(4) Any appraisal award will be delineated and itemized.

(5) The Clerk of Court is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2018.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record